HOFFMAN EMPLOYMENT LAWYERS, LLP
Michael Hoffman (SBN 154481)
mhoffman@employment-lawyers.com
Alec Segarich (SBN 260189)
asegarich@sfemployment-lawyers.com
100 Pine Street, Suite 1550
San Francisco, CA 94111
Tel    (415) 362-1111
Fax   (415) 362-1112

Attorneys for Plaintiff JESSICA STAGNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA STAGNER, an individually and on behalf of all other persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>LUXOTTICA RETAIL NORTH AMERICA INC., an Ohio Corporation; LENSCRAFTERS, INC., an Ohio Corporation,<br><br>    Defendants. | **Case No. CV 11 2889 CW**<br><br>**STIPULATION OF THE PARTIES RE: TIMING OF OPPOSITION AND REPLY FOR MOTION TO COMPEL ARBITRATION AND STAY LITIGATION OR, IN THE ALTERNATIVE, DISMISS AND/OR STRIKE**<br><br>Date:          August 11, 2011<br>Time:         2:00 p.m.<br>Courtroom:  2<br>Judge:        Hon. Claudia Wilkin |

WHEREAS, on May 20, 2011, Plaintiff Jessica Stagner filed a complaint against Defendants Luxottica Retail North America, Inc. ("Luxottica") and LensCrafters, Inc. ("LensCrafters") in the San Francisco County Superior Court, Case No. CGC-11-511135, alleging violations of the California Labor Code in an individual and representative capacity. On June 13, 2011, Defendant filed a petition to remove the case to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1332 (as amended by the Class Action Fairness Act of 2005, Pub. L. 109-2, section 4(a) ("CAFA")), 1441(a) and (b) and 1446.

WHEREAS on June 20, 2011, Defendants filed a motion to compel arbitration and stay litigation or, in the alternative, dismiss and/or strike (the "motion to stay"). Presently, Plaintiff's deadline to oppose this motion is July 5, 2011, and Defendant's reply is due July 12, 2011.

WHEREAS the Parties have conferred, and the Parties agree that Plaintiff's deadline to oppose the motion is extended to July 7, 2011. Likewise, Defendant's deadline to file a reply to Plaintiff's opposition is extended to July 14, 2011. This stipulation is based on Plaintiff's need for additional time to brief the novel issues raised by the motion to stay.

WHEREAS, there have been no previous time modifications in the case, and this modification will not affect the motion hearing itself, or any other deadline or schedule for the case.

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant by and through their respective counsel, that:

1. Pursuant to Local Rules 6.2(a) and 7-12, Plaintiff shall have until July 7, 2011, to file her opposition to the motion to stay. Defendant shall have until July 14, 2011, to file any reply papers to Plaintiff's opposition.

///
///
///
///
///
///

IT IS SO STIPULATED.

DATED: July __5__, 2011          HOFFMAN EMPLOYMENT LAWYERS, LLP

                                          /S/ Michael Hoffman

                                       Michael Hoffman, Esq.
                                       Attorneys for Plaintiff JESSICA STAGNER

DATED: July __5__, 2011          ORRICK, HERRINGTON, AND SUTCLIFFE LLP

                                          /S/ Lynne C. Hermle

                                       Lynne C. Hermle, Esq.
                                       Attorney for Defendants Luxottica Retail North America, Inc., and LensCrafters, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __July 5__, 2011          _/s/ Claudia Wilken_

                                       Hon. Claudia Wilken
                                       Judge of the United States District Court

**HOFFMAN EMPLOYMENT LAWYERS**
100 Pine Street, Ste. 1550
San Francisco, CA 94111
(415) 362-1111

-2-
STIPULATION RE: TIMING OF MOTION TO COMPEL/STAY
*Stagner v. Luxottica, Inc.*