IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA STAGNER, individually and on behalf of all other persons similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LUXOTTICA RETAIL NORTH AMERICA, INC., et al.,<br><br>    Defendants. / | No. C 11-02889 CW<br><br>ORDER RELATING CASES AND CASE MANAGEMENT ORDER |

    Plaintiff Jessica Stagner moves to relate <u>Stagner v. Luxottica Retail North America, Inc.</u>, Case No. C 11-03168 SC, to this case. No party has filed an opposition.

    As the Judge assigned to the earliest filed case, I find that the C 11-03168 action is related to the case assigned to me, and that this action shall be reassigned to me.  The parties are instructed that all future filings in the reassigned case are to bear the undersigned's initials immediately after the case number. A case management conference will be held in both cases on September 20, 2011 at 2:00 p.m.  The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly.  Unless otherwise ordered, any deadlines set by the ADR Local Rules remain in effect.

Luxottica has pending motions to compel arbitration in both actions. The motion in the C 11-03168 action will be heard on August 11, 2011 at 2:00 p.m., the same date and time for the hearing on Luxottica's motion in the C 11-02889 action.

IT IS SO ORDERED.

Dated: 7/20/2011

                                      CLAUDIA WILKEN
                                      United States District Judge