UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| Plaintiff(s), | CASE NO. |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |
| Defendant(s). _____/ |   |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐   Non-binding Arbitration (ADR L.R. 4)
☐   Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐   Private ADR (*please identify process and provider*)  _____

_____

The parties agree to hold the ADR session by:
☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐   other requested deadline _____

Dated:_____                                   _____
                                                                         Attorney for Plaintiff

Dated:_____                                   _____
                                                                         Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☒ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: 10/31/2011

_____
UNITED STATES JUDGE

1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, California  94025
   United States of America
4  Telephone:  +1-650-614-7400
   Facsimile:  +1-650-614-7401
5
   JULIE A. TOTTEN (STATE BAR NO. 166470)
6  jatotten@orrick.com
   DAVID A. PRAHL (STATE BAR NO. 233583)
7  dprahl@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  400 Capitol Mall, Suite 3000
   Sacramento, California  95814-4497
9  Telephone:  +1-916-447-9200
   Facsimile:  +1-916-329-4900
10
   Attorneys for Defendant
11 LUXOTTICA RETAIL NORTH AMERICA INC., an
   Ohio Corporation
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

| 16 | JESSICA STAGNER, individually and on behalf of all other persons similarly situated, | Case No. CV-11-2889 CW |
|---|---|---|
| 17 | Plaintiff, | **DECLARATION OF JULIE A. TOTTEN IN SUPPORT OF DECL. OF JULIE A. TOTTEN IN SUPPORT OF STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS** |
| 18 | v. | |
| 19 | | |
| 20 | LUXOTTICA RETAIL NORTH AMERICA INC., an Ohio Corporation; LENSCRAFTERS, INC., an Ohio Corporation, | |
| 21 | Defendants. | |
| 22 | | |

23       I, Julie A. Totten, declare as follows:

24       1.     I am a member of the State Bar of California and a partner with the firm of Orrick,

25 Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for Defendant Luxottica Retail North

26 America Inc.  I have personal knowledge of the facts set forth in this declaration and could and

27 would testify competently to them under oath if called as a witness.

28 ///

1     2.      Concurrence in the filing of the Stipulation and [Proposed] Order Selecting ADR
2  Process has been obtained from the other signatories, which shall serve in lieu of their
3  signature(s) on the document.
4          I declare under penalty of perjury that the foregoing is true and correct.  Executed
5  at Sacramento, California, on October 28, 2011.

                                                          /s/Julie A. Totten
                                                          JULIE A. TOTTEN

OHS WEST:261391451.1

- 2 -

DECL. OF JULIE A. TOTTEN IN SUPPORT OF
STIPULATION AND PROPOSED ORDER SELECTING
ADR PROCESS
CV-11-2889 CW