IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JESSICA STAGNER, individually and on behalf of all other persons similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LUXOTTICA RETAIL NORTH AMERICA, INC., an Ohio corporation; LENSCRAFTERS, INC., an Ohio corporation,<br><br>    Defendants.<br>_____/ | No. C 11-2889 CW<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On November 10, 2011, the parties to this action represented to the Court that they have reached an agreement to settle this matter.

The case management conference currently scheduled for Thursday, November 17, 2011 at 2:00 p.m. is hereby continued until Tuesday, December 20, 2011 at 2:00 p.m.  The case management conference will be vacated if the parties submit a stipulation for dismissal of this action before December 20, 2011.

IT IS SO ORDERED.

Dated: 11/15/2011

CLAUDIA WILKEN
United States District Judge