```
 1  LYNNE C. HERMLE (STATE BAR NO. 99779)
    lchermle@orrick.com
 2  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
 3  Menlo Park, California 94025
    Telephone:   (650) 614-7400
 4  Facsimile:   (650) 614-7401

 5  JULIE A. TOTTEN (STATE BAR NO. 166470)
    jatotten@orrick.com
 6  DAVID A. PRAHL (STATE BAR NO. 233583)
    dprahl@orrick.com
 7  ORRICK, HERRINGTON & SUTCLIFFE LLP
    400 Capitol Mall
 8  Suite 3000
    Sacramento, California 95814-4497
 9  Telephone:   (916) 447-9200
    Facsimile:   (916) 329-4900
10
    Attorneys for Defendant
11  LUXOTTICA RETAIL NORTH AMERICA INC., an
    Ohio Corporation
12
    MICHAEL HOFFMAN (STATE BAR NO. 154481)
13  HOFFMAN EMPLOYMENT LAWYERS, LLP
    mhoffman@employment-lawyers.com
14  100 Pine Street, Suite 1550
    San Francisco, CA 94111
15  Telephone:   (415) 362-1111
    Facsimile:   (415) 362-1112
16
    Attorneys for Plaintiff JESSICA STAGNER
17
18              UNITED STATES DISTRICT COURT
19              NORTHERN DISTRICT OF CALIFORNIA
20
21  JESSICA STAGNER, individually and on      Case No. CV-11-2889 CW
    behalf of all other persons similarly situated,
22                                             STIPULATION AND [PROPOSED]
                  Plaintiff,                   ORDER FOR DISMISSAL
23
         v.
24
    LUXOTTICA RETAIL NORTH AMERICA
25  INC., an Ohio Corporation;
    LENSCRAFTERS, INC., an Ohio Corporation,
26
                  Defendants.
27
28
    OHSWEST:261402056.1                        STIPULATION AND [PROPOSED]
                                               ORDER FOR DISMISSAL
                                               CV-11-2889 CW
```

## STIPULATION

IT IS HEREBY STIPULATED by and between all parties appearing in this action through their designated counsel that all individual claims of Plaintiff JESSICA STAGNER in the above-captioned action be and hereby are dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. THE PARTIES FURTHER STIPULATE that all class and representative claims brought on behalf of others similarly situated in the above-captioned action be and hereby are dismissed without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear their own attorneys' fees and costs.

Dated: November 17, 2011

JULIE A. TOTTEN
Orrick, Herrington & Sutcliffe LLP

By: _____
JULIE A. TOTTEN
Attorneys for Defendant
LUXOTTICA RETAIL NORTH AMERICA INC., an Ohio Corporation

Dated: November 16, 2011

MICHAEL HOFFMAN
Hoffman Employment Lawyers, LLP

By: _____
MICHAEL HOFFMAN
Attorneys for Plaintiff
JESSICA STAGNER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November ___, 2011

_____
HONORABLE CLAUDIA WILKIN
U.S. DISTRICT COURT JUDGE