| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | lchermle@orrick.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 3 | Menlo Park, California 94025 |
| | Telephone: (650) 614-7400 |
| 4 | Facsimile: (650) 614-7401 |
| 5 | JULIE A. TOTTEN (STATE BAR NO. 166470) |
| | jatotten@orrick.com |
| 6 | DAVID A. PRAHL (STATE BAR NO. 233583) |
| | dprahl@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 400 Capitol Mall |
| 8 | Suite 3000 |
| | Sacramento, California 95814-4497 |
| 9 | Telephone: (916) 447-9200 |
| | Facsimile: (916) 329-4900 |
| 10 | |
| | Attorneys for Defendant |
| 11 | LUXOTTICA RETAIL NORTH AMERICA INC., an Ohio Corporation |
| 12 | |
| | MICHAEL HOFFMAN (STATE BAR NO. 154481) |
| 13 | HOFFMAN EMPLOYMENT LAWYERS, LLP |
| | mhoffman@employment-lawyers.com |
| 14 | 100 Pine Street, Suite 1550 |
| | San Francisco, CA 94111 |
| 15 | Telephone: (415) 362-1111 |
| | Facsimile: (415) 362-1112 |
| 16 | |
| | Attorneys for Plaintiff JESSICA STAGNER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA STAGNER, individually and on behalf of all other persons similarly situated, | Case No. CV-11-2889 CW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL |
| v. | |
| LUXOTTICA RETAIL NORTH AMERICA INC., an Ohio Corporation; LENSCRAFTERS, INC., an Ohio Corporation, | |
| Defendants. | |

OHSWEST:261402056.1

STIPULATION AND [PROPOSED]
ORDER FOR DISMISSAL
CV-11-2889 CW

## STIPULATION

IT IS HEREBY STIPULATED by and between all parties appearing in this action through their designated counsel that all individual claims of Plaintiff JESSICA STAGNER in the above-captioned action be and hereby are dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. THE PARTIES FURTHER STIPULATE that all class and representative claims brought on behalf of others similarly situated in the above-captioned action be and hereby are dismissed without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear their own attorneys' fees and costs.

Dated: November 17, 2011

JULIE A. TOTTEN
Orrick, Herrington & Sutcliffe LLP

By: _____
JULIE A. TOTTEN
Attorneys for Defendant
LUXOTTICA RETAIL NORTH AMERICA INC., an Ohio Corporation

Dated: November 16, 2011

MICHAEL HOFFMAN
Hoffman Employment Lawyers, LLP

By: _____
MICHAEL HOFFMAN
Attorneys for Plaintiff
JESSICA STAGNER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 21, 2011

_____
HONORABLE CLAUDIA WILKIN
U.S. DISTRICT COURT JUDGE